No. 143, Misc., October Term, 1953. SHELTON *v.* UNITED STATES. The motion to vacate the order of November 30, 1953, 346 U. S. 892, dismissing the petition for writ of certiorari is denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this motion. Petitioner *pro se. Solicitor General Soboloff* for the United States.

No. 690. GIBSON *v.* LOCKHEED AIRCRAFT SERVICE, INC. C. A. 5th Cir. Certiorari granted. *G. C. Spillers* and *Edward C. Fritz* for petitioner. *R. K. Hanger* for respondent.

No. 718. COMMUNIST PARTY OF THE UNITED STATES *v.* SUBVERSIVE ACTIVITIES CONTROL BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *John J. Abt* and *Joseph Forer* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Tompkins, Charles F. Barber, Harold D. Koffsky, Philip R. Monahan* and *George R. Gallagher* for respondent.

No. 731. BERNHARDT *v.* POLYGRAPHIC Co., INC. C. A. 2d Cir. Certiorari granted. *Manfred W. Ehrich, Jr.* and *Eugene V. Clark* for petitioner. *Joseph A. McNamara* and *Guy M. Page* for respondent.

No. 458, Misc. GONZALES *v.* LANDON, DISTRICT DIREC-TOR, IMMIGRATION AND NATURALIZATION SERVICE, ET AL. C. A. 9th Cir. Certiorari granted. *W. S. Maycock* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for respondents.